JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH W. MILLS,<br><br>　　　　　Petitioner,<br><br>　　　　v.<br><br>CA DEPT. OF CORRECTIONS & REHABILITATION,<br><br>　　　　　Respondent. | Case No. CV 19-8048-CBM (KK)<br><br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Action Without Prejudice, IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: November 19, 2019

　　　　　　　　　　　　　　　　　HON. CONSUELO B. MARSHALL
　　　　　　　　　　　　　　　　　United States District Judge